IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00366-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DARLA MURTA SANCHEZ,

     Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict of the Court, the supervised release violation hearing scheduled for Tuesday, August 14, 2012, at 9:00 a.m. is **VACATED** and **RESET** to **Tuesday, September 18, 2012, at 3:00 p.m.**, at 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado.

     Dated:  July 6, 2012.