IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Action No. 06-cr-00366-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DARLA SANCHEZ,

 Defendant,

 and,

YOUR WAY ENTERPRISES, INC.,

 Garnishee.
_____

**GARNISHMENT ORDER**
_____

 Upon motion of the United States, and good cause appearing, it is

 ORDERED that Garnishee, Your Way Enterprises, Inc., shall, each pay period, pay 25% of defendant, Darla Sanchez's, disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until Garnishee, Your Way Enterprises, Inc., no longer has custody, possession, or control of any property belonging to defendant, Darla Sanchez, or until further order of this Court.

 Payment Instructions: Checks shall be made payable to the Clerk, U.S. District Court and mailed to:

  Clerk of the Court
  901 19th Street, A-105
  Denver, CO 80294

Please include the following on each check:

    Name of Defendant:    <u>Darla Sanchez</u>

    Court Number:    <u>06-cr-00366</u>

Dated: May 24, 2013.

    BY THE COURT:

    <u>/s/ Wiley Y. Daniel</u>
    Wiley Y. Daniel
    Senior U. S. District Judge